UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE JAMES JONES, | ) | 1:06-cv-0786 AWI WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME NUNC PRO TUNC |
| | ) | (DOCUMENT #14) |
| ROBERT HOREL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On June , 2007, Respondent filed a motion to extend the court's briefing schedule set forth in its order of March 8, 2007.  Inasmuch as Respondent concurrently filed its motion to dismiss on June 8, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

    Respondent's motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   July 13, 2007**          /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE